**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division**



PNC BANK,
National Association,

          Plaintiff,

v.                              ACTION NO. 2:08cv496

SIXCEES, INC., et al.,

          Defendants.

## FINAL ORDER

This matter comes before the court on plaintiff's Motion for Default Judgment as to all defendants, filed on December 4, 2008. By order of December 31, 2008, pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and (C) and Federal Rule of Civil Procedure 72(b), the matter was referred to a United States Magistrate Judge to conduct hearings, including any necessary evidentiary hearings, and to submit proposed findings of fact, if applicable, and recommendations for the motion's disposition.

After a hearing on February 17, 2009, the Report and Recommendation of the United States Magistrate Judge ("Report and Recommendation") was filed on February 18, 2009. The magistrate judge recommended granting plaintiff's Motion for Default Judgment against all defendants.

By copy of the Report and Recommendation, the parties were advised of their right to file written objections. The court received no objections to the Report and Recommendation, and the

time for filing objections has expired.

The court hereby adopts and approves in full the findings and recommendations set forth in the Report and Recommendation. Accordingly, plaintiff's Motion for Default Judgment is **GRANTED** against all defendants, and judgment shall be **ENTERED** in the amount of $1,056,264.00, as of February 13, 2009, with additional interest of $137.00 per day until the date of this Final Order.

The Clerk shall forward a copy of this Final Order to all parties of record.

It is so **ORDERED**.

/s/
Rebecca Beach Smith
United States District Judge

REBECCA BEACH SMITH
UNITED STATES DISTRICT JUDGE

Norfolk, Virginia
March 10, 2009

2